**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**Eastern Division**

| | |
|---|---|
| In the matter of: | Case No. 05-51123 JEH |
| BOOTH, JOHN DREW | |
| | Chapter 7 |
| | |
| | Judge HOFFMAN, JOHN E. |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $1,079.64 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name and address of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Park National Bank<br>N. Third St.<br>Newark, OH 43055 | 1 | $1,079.64 |

| | |
|---|---|
| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 |
| \$0.00 | $1,079.64 |

| | |
|---|---|
| Dated:  3/1/2006 | /s/ Susan L. Rhiel |
| | Susan L. Rhiel , Trustee |

cc: U.S. Trustee